# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | CR 21-109 WMW/HB |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 242 |
| v. | |
| DEREK MICHAEL CHAUVIN, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant Derek Chauvin was employed as a Minneapolis Police Department (MPD) officer, and had held that position for more than 16 years.

2. Juvenile 1 was a 14-year-old student and resident of Minneapolis, Minnesota.

3. Paragraphs 1 and 2 of this Indictment are realleged and incorporated into Counts 1 and 2 as though fully set forth therein.

## COUNT 1
(Deprivation of Rights Under Color of Law)

On or about September 4, 2017, in the State and District of Minnesota, the defendant,

**DEREK MICHAEL CHAUVIN,**

while acting under color of law, willfully deprived Juvenile 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable

SCANNED
MAY 06 2021
U.S. DISTRICT COURT MPLS

seizure, which includes the right to be free from the use of unreasonable force by a police officer. Specifically, Defendant Chauvin, without legal justification, held Juvenile 1 by the throat and struck Juvenile 1 multiple times in the head with a flashlight. This offense included the use of a dangerous weapon—a flashlight—and resulted in bodily injury to Juvenile 1.

All in violation of Title 18, United States Code, Section 242.

### COUNT 2
(Deprivation of Rights Under Color of Law)

On or about September 4, 2017, in the State and District of Minnesota, the defendant,

**DEREK MICHAEL CHAUVIN,**

while acting under color of law, willfully deprived Juvenile 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a police officer. Specifically, Defendant Chauvin held his knee on the neck and the upper back of Juvenile 1 even after Juvenile 1 was lying prone, handcuffed, and unresisting. This offense resulted in bodily injury to Juvenile 1.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____     _____
W. ANDERS FOLK                  FOREPERSON
ACTING UNITED STATES ATTORNEY

PAMELA S. KARLAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

SAMANTHA TREPEL
SPECIAL LITIGATION COUNSEL