UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zoya Code,<br><br>             Plaintiff,<br><br>v.<br><br>Derek Chauvin, acting in his individual capacity as a Minneapolis Police Officer; Ross Blair, acting in his individual capacity as a Minneapolis Police Officer; and the City of Minneapolis,<br><br>             Defendants. | Court File No. 22-cv-01438-PJS-DJF<br><br>**STIPULATION TO VACATE ENTRY OF DEFAULT AGAINST DEFENDANT DEREK CHAUVIN AND ORDER AUTHORIZING DEFENDANT DEREK CHAUVIN TO ANSWER THE COMPLAINT** |

The parties hereto, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Defendant Derek Chauvin ("Chauvin") is a defendant in the above captioned action;

WHEREAS, Defendant Derek Chauvin was convicted in two criminal proceedings in 2021 and 2022 in state and federal court prior to the commencement of this case. *State v. Chauvin*, 27-CR-20-12646; *U.S.A. v. Chauvin, 21-CR-108 PAM/TNL;*

WHEREAS, as a result of the convictions, Chauvin was sentenced to prison and began serving his sentence on April 21, 2021 in Oak Park Heights Prison and has been incarcerated since that date;

WHEREAS, as a result of his incarceration, Chauvin was unable to secure counsel to represent him in this proceeding;

WHEREAS, Chauvin was properly served with the Summons and Complaint in the above captioned action [ECF No. 1];

1

WHEREAS, Chauvin failed timely file an Answer to the Complaint;

WHEREAS, the Court entered default against Chauvin on August 15, 2022 [ECF No. 17];

WHEREAS, after August 15, 2022, Chauvin retained the undersigned counsel to represent him in this case;

WHEREAS, Chauvin's counsel requested that the parties in this case stipulate to the Court entering an Order vacating the default and ordering Chauvin to Answer the Complaint;

WHEREAS, counsel in the case agreed to enter into this Stipulation;

WHEREFORE, the parties, through the undersigned counsel of record, hereby stipulate and agree that the Court may enter the following Order:

1. That the default in this case entered on August 15, 2022 [ECF No. 17] against Chauvin may be vacated in its entirety;

2. Chauvin shall file an Answer to the Complaint [ECF No. 1] no later than 21 days after the Court enters an Order vacating the default .

Dated: September 23, 2022.

| **ROBINS KAPLAN LLP** | **MOHRMAN, KAARDAL & ERICKSON, P.A.** |
|---|---|
| *s/Robert Bennett* | /s/*William F. Mohrman* |
| Robert Bennett, #6713 | William F. Mohrman, Atty. No. 168816 |
| Andrew J. Noel, #322118 | 150 South 5th Street, Suite 3100 |
| Kathryn H. Bennett, #0392087 | Minneapolis, MN 55402 |
| Marc E. Betinsky, #0388414 | Telephone: (612) 465-0928 |
| Greta A. Wiessner, #0401130 | Facsimile: (612) 341-1076 |
| 800 LaSalle Ave, Suite 2800 | Email: mohrman@mklaw.com |
| Minneapolis, MN 55402 | ***Attorneys for Defendant Derek Chauvin*** |
| Telephone: 612-349-8500 | |
| rbennett@robinskaplan.com | IVERSON REUVERS |
| anoel@robinskaplan.com | |
| kbennett@robinskaplan.com | |

mbetinsky@robinskaplan.com
gwiessner@robinskaplan.com
***Attorneys for Plaintiff Zoya Code***

*s/ Jason M. Hiveley*
Jason M. Hiveley, #311546
Julia C. Kelly, #392424
Aaron M. Bostrom, #401773
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@iversonlaw.com
julia@iversonlaw.com
aaron@iversonlaw.com
***Attorneys for Defendant Ross Blair***

PETER W. GINDER
Acting City Attorney
By */s Rebekah M. Murphy*
TRACEY N. FUSSY (#311807)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov
***Attorneys for Defendant City of Minneapolis***

3