# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Zoya Code,

        Plaintiff,

v.

Officer Derek Chauvin, acting in his individual capacity as a Minneapolis Police Officer, Ross Blair, acting in his individual capacity as a Minneapolis Police Officer, and The City of Minneapolis,

        Defendants.

COURT MINUTES – CIVIL
BEFORE:  TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 22-cv-1438 (PJS/DJF) |
| Date: | March 1, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:15 AM |
| Time Concluded: | 7:30 PM |
| Time in Court: | 9 Hours & 15 Minutes |

Hearing on:  **SETTLEMENT CONFERENCE**

### APPEARANCES:

Plaintiff:     Kathryn H. Bennett, Robert Bennett, Zoya Code, Angela Koob

Defendant Officer Derek Chauvin:     Elizabeth A. Nielsen

Defendant Ross Blair:     Jason M. Hiveley

Defendant The City of Minneapolis:  Mark Enslin, Rebekah Murphy, Tracey N. Fussy, Jeremiah Ellison, Kristyn Anderson

### PROCEEDINGS:

☒     No settlement reached.

                                              *s/Holly*
                                              Courtroom Deputy