# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Zoya Code,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Derek Chauvin, acting in his individual capacity as a Minneapolis police officer; Ross Blair, acting in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,<br><br>　　　　　　Defendants. | Civ. No. 22-1438 (PJS/DJF)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Having fully settled and compromised this action, the parties, by and through their respective undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorneys' fees and costs.

93270845.1

**ROBINS KAPLAN LLP**

Dated:  December 4, 2023

By: /s/ *Marc E. Betinsky*
Robert Bennett, #6713
Andrew J. Noel, #322118
Kathryn H. Bennett, #0392087
Marc E. Betinsky, #0388414
Greta A. Wiessner, #0401130
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
(612) 349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com
gwiessner@robinskaplan.com

*Attorneys for Plaintiff*

**KRISTYN ANDERSON**
**City Attorney**

Dated: December 4, 2023

By: /s/ *Tracey N. Fussy*
Tracey N. Fussy, #311807
Mark Enslin, #338813
Rebekah M. Murphy, #392912
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

93270845.1

**IVERSON REUVERS**

Dated: December 4, 2023

By: /s/ *Jason M. Hiveley*
Jason M. Hiveley, #311546
Julia C. Kelly, #392424
Aaron M. Bostrom, #401773
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@iversonlaw.com
julia@iversonlaw.com
aaron@iversonlaw.com

***Attorneys for Defendant Blair***

**MOHRMAN, KAARDAL & ERICKSON, P.A.**

Dated: December 4, 2023

By: /s/ *William F. Mohrman*
William F. Mohrman, #168816
Elizabeth A. Nielsen, #
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
(612) 465-0928
(612) 465-0905
mohrman@mklaw.com
nielsen@mklaw.com

***Attorneys for Defendant Chauvin***

3

93270845.1