# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Zoya Code, | Civ. No. 22-1438 (PJS/DJF) |
| Plaintiff, | |
| v. | |
| Derek Chauvin, acting in his individual capacity as a Minneapolis police officer; Ross Blair, acting in his individual capacity as a Minneapolis police officer; and the City of Minneapolis, | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

The parties having stipulated to the dismissal of this action with prejudice, **IT IS ORDERED** that the Stipulation (Dkt. No. **37**) is **APPROVED** in its entirety. **IT IS FURTHER ORDERED** that this action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____

_____
PATRICK J. SCHILTZ
Chief United States District Judge

94336059.1